# DECISIONS OF APPELLATE COURT ORDERED PUBLISHED IN ABSTRACT FORM.

## First District.

Harry S. Haze, plaintiff, appellee, v. Monroe, Leon & Tees, defendant. A. Franck Philipson, garnishee, appellant. Gen. No. 28,540.

Garnishment against foreign corporation growing out of attachment suit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Luther D. Swanstrom, for appellant. Harvey E. Wynekoop and Heymann F. Tucker, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Rudolph Lamberti, appellant, v. Gegenseitiger Unterstuetzungs-Verein von Chicago (Mutual Benefit and Aid Society), appellee. Gen. No. 28,570.

Motion to vacate judgment upon finding alleged to be ex parte and in defendant's absence. Motion overruled. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Frank O. Campe and Max C. Liss, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Dr. E. R. Butts, plaintiff in error, v. Mrs. George (Grace) Smith and Mr. George Smith, defendants in error. Gen. No. 27,816.

Motion to vacate judgment and reinstate for trial action on claim for dental services. Motion granted. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed. Opinion filed December 10, 1923.

Charles C. Kirk, for plaintiff in error. No appearance for defendants in error.

Mr. Justice Johnston delivered the opinion of the court.

---

William F. Conroy et al., appellants, v. Thomas B. Conroy et al., appellees. Gen. No. 28,013.

Bill in equity alleging gift of house as wedding present by defendants to complainants; and subsequent fraudulent misrepresenta-

(611)

tions inducing signature and execution of warranty deed reconveying property to defendants; prayer for cancellation of deed and injunction against conveyance of property or ousting of complainants. Bill dismissed. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 10, 1923.

A. J. Muffoletto and Allan A. Gilbert, for appellants. No appearance for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

Gregory Van Metre, administrator of the estate of Harold B. Bingham, deceased, appellee, v. Chicago City Railway Company and Chicago Railways Company, appellants. Gen. No. 28,041.

Trespass on the case for damages for death from injuries to passenger in automobile, who was thrown out and run over by street car owned and operated by defendant. Judgment for deceased's estate for $4,000. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 10, 1923. Rehearing denied January 4, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Charles Le Roy Brown, for appellants; John R. Guilliams, Frank L. Kriete and John E. Kehoe, of counsel. Royal W. Irwin, for appellee; Royal W. Irwin and Kenneth B. Hawkins, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Joe Goorman and Charles Mann, individually and as copartners, trading as Goorman & Mann, appellee, v. Emporium Cloak & Suit Company, appellant. Gen. No. 28,093.

Suit for difference between purchase price and market price of merchandise sold to defendant and resold by plaintiff after defendant's refusal to accept and pay for it. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 10, 1923.

Eisendrath & Solomon, for appellant. Pennish & Rashbaum, for appellee; F. D. Shobe, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Hattie Boucek, appellee, v. Frank Boucek, appellant. Gen. No. 28,149.

Order committing defendant to jail for nonpayment of money due under decree for separate maintenance. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed. Opinion filed December 10, 1923.

Joseph J. Kroupa, for appellant. Frank M. Padden, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Hattie Boucek, appellee, v. Frank Boucek, appellant. Gen. No. 28,150.

Commitment for nonpayment of money due under separate main-